RECEIVED
IN LAKE CHARLES, LA

APR 25 2007
PAM
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| HEATHER LEHMAN, ET AL | : | DOCKET NO. 03 CV 1432 |
| | : | |
| VS. | : | JUDGE MINALDI |
| | : | |
| CHERYL LEICHLITER AND CITY OF LAKE CHARLES | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, it is ORDERED, that the Renewed Motion for Judgment as a Matter of Law [doc. 86] filed by the defendant, Cheryl Leichliter, is GRANTED. Judgment is hereby entered in favor of the defendant and the action is dismissed on the merits.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___ day of April, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT